UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 25-CR-244 (SLS) |
| | : | |
| SYDNEY LORI REID, | : | |
| | : | |
| Defendant. | : | |

**PARTIES' PROPOSED *VOIR DIRE* QUESTIONS**

**I.** ***Voir Dire* Questions Agreed Upon by Parties**

1. Do you believe you may know anything about the facts and circumstances of this case, other than what the Judge has told you today?

2. Do you have any difficulty with hearing, seeing, understanding the English language, or anything else that could impair your ability to sit as a juror and devote your full attention to this trial?

3. Please take a look around the room. Do you recognize or think that you might know any other member of the jury panel or any other person that you saw in the courtroom, including the Judge or courtroom staff?

4. The government is represented by Assistant U.S. Attorneys Travis Wolf and Jason Facci. Does any member of the jury panel recognize Mr. Wolf or Mr. Facci or think you know them?

5. The defendant is represented by Assistant Federal Public Defenders Eugene Ohm and Tezira Abe. Does any member of the jury panel recognize Mr. Ohm or Ms. Abe or think you know them?

6. Have you ever studied law or had any legal training, including paralegal training?

7. Are any of your relatives or close friends lawyers or had legal training?

1

8. Have you, or one of your close friends or relatives, worked for, or applied for a job with, any prosecutor's office or law enforcement? Prosecutor's offices include a United States Attorney, attorney general's office, state's attorney, or district attorney's office. By "law enforcement," this question means government agencies like the Immigration and Customs Enforcement Agency (ICE), the Department of Homeland Security, state and local police and fire departments; the Metropolitan Police Department; the Federal Bureau of Investigation, also known as the FBI; the Department of Justice; the U.S. Marshal's Service; the Bureau of Alcohol, Tobacco, Firearms, and Explosives, also known as the ATF; the Internal Revenue Service; the U.S. Secret Service; and the CIA.

9. Have you, or one of your close friends or relatives, worked for, or applied for a job with, the Public Defender Service, the Federal Defender Office, or a criminal defense attorney?

10. Have you, or any of your family, close friends, or household members, ever worked at a courthouse or for a court system, including as a probation or parole officer?

11. Do you, or any of your family, close friends, or household members, have a pending application for employment with the United States Attorney's Office; a public defender service; a law firm that does criminal defense work; with any local, state, or federal law enforcement agency, as defined above; or with any courthouse or court system as defined above

12. Have you ever served on a Grand Jury?

13. Have you ever served on a trial jury, either in a civil or a criminal case?

14. The Government may call the following witnesses during the trial. The Defense may also do so, but is not required to call witnesses. Each party has introduced a list of names of witnesses that you may hear from, or hear about, during the trial. Not all of these witnesses will necessarily testify, but they are being introduced to determine whether any of you recognize or

think that you may know any of the potential witnesses in this case. Do you recognize or think that you may know any of these witnesses? (READ LISTS)

15. There will be testimony from law enforcement personnel in this case. Would the fact that a witness is a police officer or law enforcement agent have any effect at all on whether or not you believe that person's testimony? In other words, would the fact that a witness is a police officer or law enforcement agent make you either more or less likely to believe his or her testimony?

16. Have you, any member of your family, or any close friend ever had any negative experiences with law enforcement that would make it difficult for you to be a fair and impartial juror in this case?

17. Have you, any members of your family, or close friends ever been associated with a community group involved with law enforcement matters? By this I mean such groups as Neighborhood Watch, Crime Stoppers, Orange Hats, or any other similar organization.

18. The defendant has entered a plea of not guilty and denied criminal involvement concerning the charge. Do you believe that simply because a charge is prosecuted by the United States Attorney's Office, the charge is probably correct and the defendant is probably guilty?

19. A defendant is not required to produce any evidence whatsoever to prove her innocence. The burden is on the government to prove a defendant guilty beyond a reasonable doubt. The burden never shifts through trial. If you find the government has failed to prove beyond a reasonable doubt any element of an offense with which the defendant is charged, it is your duty to find the defendant not guilty of that offense. On the other hand, if you find that the government has proven beyond a reasonable doubt every element of an offense with which the defendant is

charged, it is your duty to find her guilty of that offense. Will you have difficulty accepting or applying these rules of law?

20. Because Ms. Reid is presumed innocent, she need not testify nor offer any evidence. Do you think her decision not to call witnesses or put on any evidence would make you think it is more likely that she is guilty?

21. The law requires that jurors weigh the evidence in a case and reach a verdict based solely upon the admitted evidence and instructions of law, without any regard whatsoever for what the potential punishment might or might not be. Would you have any difficulty at all in following this principle?

22. Do you take medication or have a medical problem that might cause drowsiness or make it difficult for you to remain alert during these proceedings?

23. Do you have any religious, moral, philosophical or other beliefs and opinions that would prevent you from sitting in judgment of another person?

24. This case is scheduled to take approximately one week, with days ranging from approximately [time court expects to sit]. Do you have a scheduling conflict or personal hardship that would make it difficult to sit as a juror in this case?

25. Is there any reason that I have not mentioned as to why you cannot serve as a juror and render a fair and impartial verdict based upon the evidence you hear and the law as I instruct you?

    II.    *Voir Dire* **Questions Upon Which the Parties Disagree**

1. The case involves charges of resisting, impeding, or interfering with officers of the United States. Ms. Reid is accused of assaulting officers employed with the FBI and Immigration and Customs Enforcement who were arresting individuals subject to deportation

proceedings. Is there anything about the charges or circumstances of this case that might make it difficult for you to be a fair and impartial juror?

   a. **The Government objects to this instruction because the Defendant is not accused of "assaulting" officers. The Defendant is charged with resisting, impeding, or interfering with officers of the United States.**

2. How long have you lived in the District of Columbia?

   a. **The Defendant objects to this instruction, as this question can be asked during individual *voir dire*, if so desired.**

3. Have you, any member of your family, or any close friend, ever been arrested by a law enforcement or police officer, or stopped and questioned by a law enforcement or police officer other than for a routine traffic violation? If so, what were the circumstances? Do you feel you were [he or she was] treated fairly? Would that experience make it in any way difficult for you to be a fair and impartial juror in this case?

   a. **The Defendant objects to this instruction as cumulative. The parties agree on the question about whether a prospective juror or a close friend or family member has had negative experiences with law enforcement or a defense investigator. This question addresses the same concern as the aforementioned question already agreed on by the parties (whether a juror would not be able to remain fair and impartial).**

4. Do you have strong feelings about immigration enforcement conducted by Immigration and Customs Enforcement, known as ICE?

   a. **The Defendant objects to this instruction because it's cumulative to the question about law enforcement personnel as witnesses.**

5. Do you have any strong feelings about the added law enforcement presence in the District of Columbia these last couple of months that would make it difficult for you to be a fair and impartial juror in this case?

    a. **The Defendant objects to this instruction as its irrelevant. The facts of this case occurred before the President ordered an increased federal law enforcement presence in D.C. In addition, this question is cumulative of the question about law enforcement personnel as witnesses.**