UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )<br>                                                           )<br>      v.                                                 )<br>                                                           )   Case No. 25-CR-244 (SLS)<br>**SIDNEY LORI REID,**                      )<br>                                                           )<br>               **Defendant.**              )<br>                                                           ) | |

## NOTICE OF FILING

Undersigned counsel, on behalf of Sidney Lori Reid, respectfully submits the attached letter for filing on the docket.

                                                                        Respectfully submitted,

                                                                        A.J. KRAMER
                                                                        FEDERAL PUBLIC DEFENDER


                                                                        _____/s/_____
                                                                        TEZIRA ABE
                                                                        EUGENE OHM
                                                                        Assistant Federal Public Defender
                                                                        625 Indiana Ave., NW
                                                                        Suite 550
                                                                        Washington, DC  20004
                                                                        (202) 208-7500