**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, DC 20004

A.J. KRAMER                                                                                              Telephone: 202-208-7500
*Federal Public Defender*                                                                                Fax: 202-208-7515

AUSA Jason Facci and AUSA Travis Wolf
United States Attorney's Office for the District of Columbia
601 D Street NW, Washington, DC 20530

<b>Re: Communications Between Special Agent Bates and AUSA Dernbach</b>

Dear Counsel,

We are writing in follow up to our conversation from this morning. You have acknowledged that our request for communications between Special Agent Bates and the AUSA is covered under *Brady.* You have identified the AUSA as Joseph Dernbach.

In this conversation, you informed us that Joseph Dernbach spoke to Special Agent Bates approximately two days after the drafting of the complaint in this case and you did not know the specific date this conversation happened. You did not know whether the conversation happened before or after the preliminary hearing in this case. You maintained that AUSA Dernbach's account was consistent with "all that's going on here."

We asked if Mr. Dernbach is currently stationed in the area and you advised us that you did not know. We asked for his contact information, and you declined to provide that. We asked that you provide him our contact information, and you declined to provide that as well. We now request any and all communications between Mr. Dernbach and Special Agent Bates that arguably relates to this incident that is in possession of the Department of Justice.

Given your new disclosures yesterday, we also ask that all of the phones and emails of all of the individuals involved in this case be reviewed for Rule 16, Jencks, and *Brady* information. We ask that you provide these materials at the hearing today.

Sincerely,

*Eugene Ohm*

**Eugene Ohm**
Federal Public Defender for the District of Columbia
625 Indiana Ave NW, Suite 550, Washington, DC 20004
Email: Eugene_Ohm@fd.org
Phone: 202-208-7500