UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                    CRIMINAL NO:    25cr244

v.

SYDNEY LORI REID

### Counsel's Acknowledgments Concerning Trial Exhibits

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the Courtroom Deputy, and do agree on the exhibits which will be submitted to the jury for the purpose of deliberations.

**Exhibits Submitted to Jury:**

_____        10/16/2025
Plaintiff                             Date

_____        10/16/25
Defendant                             Date

**Exhibits Returned to Counsel:**

_____        _____
Plaintiff                             Date

_____        _____
Defendant                             Date